UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **PAULA COMPTON CHARLES, ET AL.** | : | **DOCKET NO. 2:19-cv-0014** |
| **VERSUS** | : | **UNASSIGNED DISTRICT** |
| **WATERWORKS DIST. NO. 8 WARDS 3 & 8 CALCASIEU PARISH, ET AL.** | : | **JUDGEMAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 15] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Dismiss [doc. 7] be **GRANTED** and that all disability discrimination claims construed under state or federal law from the complaint be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 25th day of April, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE